

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ROSSANA THOMPSON, | § | No. 08-19-00300-CV |
| Appellant, | § | Appeal from the |
| v. | § | 109th District Court |
| SIX SHOOTER ENTERPRISES, LLC, | § | of Crane County, Texas |
| Appellee. | § | (TC# 6727) |
|  | § |  |

## **O R D E R**

On December 6, 2019, this Court issued an order for mediation referral. The order gave the parties the opportunity to object within 10 days. The order also directed the parties to, within 20 days, confer and attempt to agree on a mediator. While the Court received correspondence from the parties regarding their communications, the Court never received a firm indication that the parties either did or did not agree to mediation. Finally, the order stated that mediation should be held within 60 days. More than 60 days have elapsed since the December 6, 2019, order, and there is no indication the parties ever agreed to a mediator or held mediation.

Therefore, the Court, on its own motion, ORDERS the appeal to continue. The suspension of the appellate timetable is lifted and the Record shall be filed in this Court on or before March 8, 2020.

IT IS SO ORDERED this 7th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.